# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, | Civ. A. No. 21-1887 (APM) |
| Plaintiffs, | |
| v. | |
| U.S. POSTAL SERVICE, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's March 22, 2022 Minute Order requiring the parties to "file an additional Joint Status Report by May 23, 2022, that updates the court on the processing and production of responsive records." Consistent with the Court's order, the parties provide the following update.

As reported in the parties' earlier Joint Status Reports, Plaintiffs and the United States Postal Inspection Service ("USPIS") have reached an agreement regarding the prioritization of and a processing schedule for potentially responsive documents. On April 30, 2022, USPIS provided its second interim response to Plaintiffs' FOIA request, and advised that further interim responses will issue approximately every thirty days until USPIS has reviewed and processed all responsive documents.

As reported in the parties' earlier Joint Status Reports, the remaining agencies and components involved in this action have provided final responses to Plaintiffs' FOIA requests. The parties continue to discuss possible methods of resolving claims regarding the FOIA requests submitted to the Department of Justice Office of Information Policy, the Office of the Director of National Intelligence, the United States Postal Service, the Department of Homeland Security, and the Federal Bureau of Investigation, without further involvement of the Court.

In light of the above, the parties proposed to submit another joint status report on or before July 22, 2022.

| | |
|---|---|
| Dated: May 23, 2022 | Respectfully submitted, |
| Bradley P. Moss, Esq.<br>D.C. Bar #975905<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>(202) 454-2809<br>(202) 330-5610 fax<br>Brad@MarkZaid.com<br>Mark@MarkZaid.com<br><br>*Attorneys for the Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Alexandra R. Saslaw*<br>ALEXANDRA R. SASLAW<br>D.C. Bar #1618175<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 514-4520<br>Email: alexandra.r.saslaw@usdoj.gov<br><br>*Counsel for Defendants* |