IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br>　　　　Plaintiffs, <br>　v. <br><br>U.S. POSTAL SERVICE, *et al.*, <br><br>　　　　Defendants. | Civ. A. No. 21-1887 (APM) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants United States Postal Service, United States Federal Bureau of Investigation, United States Department of Homeland Security, and United States Department of Justice, respectfully move for summary judgment because there are no material issues of fact and Defendants are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

 */s/ Jeremy Mauritzen*
JEREMY MAURITZEN
CA Bar No. 354615
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 598-7315
Email: Jeremy.mauritzen@usdoj.gov

*Counsel for Defendants*